# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 19-cv-00283-RM-KLM

NATHAN SMITH, a Colorado resident,

    Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,

    Defendant.

---

## ORDER

---

This matter is before the Court on Defendant Nationwide Mutual Insurance Company's Motion for Reconsideration ("Motion") (ECF No. 15), filed pursuant to Fed. R. Civ. P. 59(e) and Fed. R. Civ. 60(b), requesting this Court reconsider and vacate its February 15, 2019, Order. In that Order, issued pursuant to 28 U.S.C. § 1447(c), this Court remanded this case to the state court due to this Court's lack of subject matter jurisdiction after Defendant failed to respond to an Order to Show Cause.

In the Motion, Defendant has now shown diversity subject matter exists and argues it would be manifestly unjust if it could not proceed in this action due to an error on counsel's part. While the Court finds it difficult to excuse counsel's error in failing to timely respond, the Court appreciates counsel's candor. In addition, Plaintiff takes no position on this issue and did not file any response in opposition. Being mindful that "where a federal court properly has jurisdiction, the court must exercise it," *Amazon, Inc. v. Dirt Camp, Inc.*, 273 F.3d 1271, 1276 (10th Cir.

2001), on the record as a whole, the Court will grant the Motion and vacate its February 15, 2019, Order (ECF No. 12). It is therefore ORDERED

(1) That Defendant's Motion to Reconsider (ECF No. 15) is GRANTED;

(2) That the Order of February 15, 2019 (ECF No. 12) is hereby VACATED; and

(3) That the Clerk shall notify the appropriate state authority that this case, which was remanded to the District Court, Douglas County, Colorado where it was originally filed as Case No. 18cv31183, shall be removed and returned to this court.

DATED this 18th day of March, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge